DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUGENE JACOBS, JR.,**
Appellant,

v.

**STATE OF FLORIDA, ST. LUCIE COUNTY STATE ATTORNEY'S
OFFICE, STATE ATTORNEY BRUCE H. COLTON,**
Appellee.

No. 4D18-1602

[October 4, 2018]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Carney Croom, Judge; L.T. Case No. 562016CA001413.

Eugene Jacobs, Jr., Wewahitchka, pro se.

Herb L. Uzzi and William Irvine of Hightower, Stratton, Novigrod, Kantor, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and CONNER, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***